No. 663. KOBLEY *v.* ILLINOIS; and

No. 730. WILKE *v.* ILLINOIS. February 4, 1946. The petitions for writs of certiorari to the Supreme Court of Illinois are denied for the reason that applications therefor were not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C. 350.

No. 818. HOMMA *v.* STYER, COMMANDING GENERAL, ET AL. See *ante,* p. 759.

No. 718. LEHIGH NAVIGATION COAL CO., INC. ET AL. *v.* JOHN B. KELLY, INC. February 11, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *William A. Schnader, E. Russell Shockley* and *Thomas C. Egan* for petitioners. *John Morgan Davis* for respondent.

No. 722. McINTIRE ET AL. *v.* WM. PENN BROADCASTING Co. February 11, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Weidner Titzck* and *William S. Bennet* for petitioners. *Wm. Clarke Mason, A. Allen Woodruff, Thomas B. K. Ringe, W. Theodore Pierson* and *F. Cleveland Hedrick, Jr.* for respondent.

No. 758. TIMONY *v.* TODD SHIPYARDS CORP. February 11, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second circuit denied. *Herbert Goldmark* for petitioner. *Jules Haberman* for respondent.